# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: PLM REAL ESTATE INVESTMENTS, INC. § Case No. 15-02681
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Markian R Slobodian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $13,120.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $540,646.34 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $83,909.62 | |

3) Total gross receipts of $ 624,555.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $624,555.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $31,353.78 | $617,904.92 | $538,093.63 | $538,093.63 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 132,785.42 | 83,909.62 | 83,909.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 789.31 | 4,650.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 305,344.00 | 85,315.56 | 65,568.27 | 2,552.71 |
| **TOTAL DISBURSEMENTS** | $337,487.09 | $840,655.90 | $687,571.52 | $624,555.96 |

4) This case was originally filed under Chapter 7 on June 24, 2015. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2018          By: /s/Markian R Slobodian
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 919, 921, 923 N. Second Street, Harrisburg PA | 1110-000 | 75,000.00 |
| 1003 Capitol St., Harrisburg, PA | 1110-000 | 115,000.00 |
| 414 Forster St., Harrisburg, PA | 1110-000 | 75,000.00 |
| 33 Marshall St., Norristown, PA | 1110-000 | 55,000.00 |
| 3300 Skippack Pike, Worchester, PA | 1110-000 | 302,000.00 |
| Liquidation of Bank Account - FNB | 1229-000 | 1,930.96 |
| Liquidation of Bank Account - M&T Bank | 1229-000 | 625.00 |
| **TOTAL GROSS RECEIPTS** | | **$624,555.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0 | Firstrust Bank | 4110-000 | N/A | 13,800.00 | 13,800.00 | 13,800.00 |
| 1 | Montgomery County Tax Claim Bureau | 4110-000 | 8,155.97 | 8,523.24 | 0.00 | 0.00 |
| 2 | Montgomery County Tax Claim Bureau | 4110-000 | N/A | 3,727.29 | 0.00 | 0.00 |
| 3 | Dauphin County Tax Claim Bureau | 4110-000 | 23,197.81 | 15,618.56 | 0.00 | 0.00 |
| 4 | Dauphin County Tax Claim Bureau | 4110-000 | N/A | 11,986.81 | 0.00 | 0.00 |
| 5 | Dauphin County Tax Claim Bureau | 4110-000 | N/A | 27,143.08 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Dauphin County Tax Claim Bureau | 4110-000 | N/A | 12,812.31 | 0.00 | 0.00 |
| | Firstrust Bank | 4110-000 | N/A | 242,624.14 | 242,624.14 | 242,624.14 |
| | Montgomery County Tax Claim Bureau | 4700-000 | N/A | 8,829.66 | 8,829.66 | 8,829.66 |
| | Firstrust Bank | 4110-000 | N/A | 38,004.32 | 38,004.32 | 38,004.32 |
| | Sage Premier Settlements | 4700-000 | N/A | 7,853.11 | 7,853.11 | 7,853.11 |
| | JTS Capital Servicing, LLC | 4110-000 | N/A | 87,388.93 | 87,388.93 | 87,388.93 |
| | Professional Settlements of PA LLC | 4700-000 | N/A | 46,380.74 | 46,380.74 | 46,380.74 |
| | Professional Settlements of PA LLC | 4700-000 | N/A | 93,212.73 | 93,212.73 | 93,212.73 |
| **TOTAL SECURED CLAIMS** | | | **$31,353.78** | **$617,904.92** | **$538,093.63** | **$538,093.63** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Markian R Slobodian | 2100-000 | N/A | 34,477.80 | 5,524.50 | 5,524.50 |
| Trustee Expenses - Markian R Slobodian | 2200-000 | N/A | 78.40 | 78.40 | 78.40 |
| Attorney for Trustee Fees (Trustee Firm) - Law Offices of Markian R. Slobodian | 3110-000 | N/A | 29,922.50 | 10,000.00 | 10,000.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Law Offices of Markian R. | 3120-000 | N/A | 977.11 | 977.11 | 977.11 |
| Other - Miller Dixon Drake, PC | 3410-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 12.80 | 12.80 | 12.80 |
| Other - Re/Max Action Realty | 3510-000 | N/A | 18,120.00 | 18,120.00 | 18,120.00 |
| Other - Patricia Gramm, Tax Collector | 2820-000 | N/A | 7,021.24 | 7,021.24 | 7,021.24 |
| Other - North Penn Water Authority | 2820-000 | N/A | 129.26 | 129.26 | 129.26 |
| Other - Greater Montgomery Settlement Services, LLC | 2500-000 | N/A | 276.00 | 276.00 | 276.00 |
| Other - Ted Piotrowicz | 2500-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ReMax and Long & Foster | 3510-000 | N/A | 3,300.00 | 3,300.00 | 3,300.00 |
| Other - Sage Premier Settlements | 2500-000 | N/A | 684.00 | 684.00 | 684.00 |
| Other - Jeff Overberger | 2420-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other - ReMax | 3520-000 | N/A | 865.00 | 865.00 | 865.00 |
| Other - Sage Premier Settlements | 2820-000 | N/A | 109.84 | 109.84 | 109.84 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.60 | 14.60 | 14.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.23 | 17.23 | 17.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.00 | 22.00 | 22.00 |
| Other - PA Department of Revenue | 2990-000 | N/A | 2.00 | 2.00 | 2.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.16 | 17.16 | 17.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.57 | 15.57 | 15.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.03 | 15.03 | 15.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.57 | 16.57 | 16.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.51 | 15.51 | 15.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.56 | 16.56 | 16.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.47 | 14.47 | 14.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.99 | 15.99 | 15.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.42 | 14.42 | 14.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.98 | 16.98 | 16.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.67 | 26.67 | 26.67 |
| Other - Realty Management Assoc., LLC | 3510-000 | N/A | 15,900.00 | 15,900.00 | 15,900.00 |
| Other - Professional Settlements of PA LLC | 2820-000 | N/A | 5,468.29 | 5,468.29 | 5,468.29 |
| Other - Professional Settlements of PA LLC | 2820-000 | N/A | 5,213.24 | 5,213.24 | 5,213.24 |
| Other - Professional Settlements of PA LLC | 2500-000 | N/A | 1,229.00 | 1,229.00 | 1,229.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.05 | 29.05 | 29.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.01 | 33.01 | 33.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.96 | 28.96 | 28.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.98 | 30.98 | 30.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.72 | 27.72 | 27.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.76 | 26.76 | 26.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.40 | 30.40 | 30.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.75 | 25.75 | 25.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.55 | 27.55 | 27.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $132,785.42 | $83,909.62 | $83,909.62 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Louise C Bentivegna | 5800-000 | N/A | 4,650.00 | 0.00 | 0.00 |
| NOTFILED | Worcester Township Patricia Graham Tax | 5200-000 | 789.31 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $789.31 | $4,650.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | UGI | 7100-000 | 480.00 | 703.97 | 703.97 | 27.42 |
| 8 | Anthony Costello | 7100-000 | 300.00 | 300.00 | 300.00 | 11.68 |
| 9 -2 | Aurora Costello | 7100-000 | 32,950.00 | 43,764.30 | 43,764.30 | 1,703.83 |
| 10U | Christine C. Shubert, Chapter 7 Trustee | 7100-000 | N/A | 20,800.00 | 20,800.00 | 809.78 |
| 11 | Capital Region Water | 7200-000 | 21,000.00 | 13,107.39 | 0.00 | 0.00 |
| 12 | Capital Region Water | 7200-000 | N/A | 3,948.13 | 0.00 | 0.00 |
| 13 | Capital Region Water | 7200-000 | N/A | 829.83 | 0.00 | 0.00 |
| 14 | Capital Region Water | 7200-000 | N/A | 1,315.13 | 0.00 | 0.00 |
| 15 | Capital Region Water | 7200-000 | N/A | 546.81 | 0.00 | 0.00 |
| NOTFILED | Worcester Township | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | PP& L Two Northh Ninth St. | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Norristown Municipality | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | North Penn Water Auth. | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | PECO | 7100-000 | 780.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Berkheimer Assoc. Norristown Borough | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste System Auth. Eastern Montco | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Tuscarora Wayne | 7100-000 | 2,384.00 | N/A | N/A | 0.00 |
| NOTFILED | Landes | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter Bentivegna | 7100-000 | 220,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Margaret Stuski | 7100-000 | 14,400.00 | N/A | N/A | 0.00 |
| NOTFILED | H.L. Bowman | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | NRG | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $305,344.00 | $85,315.56 | $65,568.27 | $2,552.71 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-02681  **Trustee:** (580580) Markian R Slobodian
**Case Name:** PLM REAL ESTATE INVESTMENTS, INC.  **Filed (f) or Converted (c):** 06/24/15 (f)
  **§341(a) Meeting Date:** 07/28/15
**Period Ending:** 08/15/18  **Claims Bar Date:** 01/22/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  919, 921, 923 N. Second Street, Harrisburg PA | 150,000.00 | 3,000.00 |  | 75,000.00 | FA |
| 2  1003 Capitol St., Harrisburg, PA | 200,000.00 | 3,000.00 |  | 115,000.00 | FA |
| 3  414 Forster St., Harrisburg, PA | 150,000.00 | 3,000.00 |  | 75,000.00 | FA |
| 4  33 Marshall St., Norristown, PA | 90,000.00 | 3,000.00 |  | 55,000.00 | FA |
| 5  3300 Skippack Pike, Worchester, PA | 400,000.00 | 5,000.00 |  | 302,000.00 | FA |
| 6  Cash | 1,120.00 | 0.00 |  | 0.00 | FA |
| 7  Rents Owed | 12,000.00 | 0.00 |  | 0.00 | FA |
| 8  Liquidation of Bank Account - FNB  (u) | 0.00 | 1,930.96 |  | 1,930.96 | FA |
| 9  Liquidation of Bank Account - M&T Bank  (u) | 0.00 | 625.00 |  | 625.00 | FA |
| **9  Assets  Totals** (Excluding unknown values) | **$1,003,120.00** | **$19,555.96** |  | **$624,555.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/14/15 - Application to appoint attorney for trustee filed.

7/22/15 - Order approving appointment of attorney for trustee.

9/1/15 - Email to D. Grasso with realtor requesting copies of listing contracts regarding Skippack Pike and Marshall Street properties.

9/11/15 - Application to appoint Re/Max as realtor filed by Trustee.

9/14/15 - Amended application to employ Re/Max as realtor filed by Trustee to correct percentage of realtor commission.

9/22/15 - 341 meeting held and continued to 11/13/15.  Trustee has appointed a realtor to market and sell various pieces of real estate.

9/24/15 - Email to S. Dietterick, Esq. regarding analysis and possible sale of Harrisburg properties.

9/29/15 - Email to P. Metzler, Esq. forwarding draft motion for sale of Skippack Pike property for review.

9/29/15 - Motion to sell Skippack Pike real estate filed by Trustee.

10/13/15 - Reply email from S. Dietterick, Esq. regarding bank needs updated appraisals for the Harrisburg properties before committing to a $5K carveout for each property for Trustee to market and sell.

10/21/15 - Asset notice filed.

10/24/15 - Objection deadline regarding sale of Skippack Pike real estate.

10/27/15 - Good Faith Purchase affidavit filed by Trustee.

10/29/15 - Motion to sell Marshall Street real estate filed by Trustee.

10/30/15 - Notice of motion to sell Marshall Street served on all creditors.

11/3/15 - Hearing regarding sale of Skippack Pike.

11/3/15 - Order approving sale of Skippack Pike real estate.

11/17/16 - Hearing on Motion for Relief From Automatic Stay.

11/23/15 - Objection deadline regarding sale of Marshall Street real estate.

11/24/15 - Closing documents sent via overnight mail to closing agent regarding Skippack Pike property.

11/30/15 - Closing held regarding sale of Skippack Pike real estate.

Printed: 08/15/2018 11:13 AM    V.14.14
Case 1:15-bk-02681-HWV    Doc 111    Filed 09/13/18    Entered 09/13/18 09:58:53    Desc
Main Document    Page 8 of 16

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-02681  **Trustee:** (580580) Markian R Slobodian
**Case Name:** PLM REAL ESTATE INVESTMENTS, INC.  **Filed (f) or Converted (c):** 06/24/15 (f)
 **§341(a) Meeting Date:** 07/28/15
**Period Ending:** 08/15/18  **Claims Bar Date:** 01/22/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/1/15 - Order approving sale of real estate on Marshall St.

12/22/15 - Report of sale filed regarding Skippack Pike real estate.

12/8/15 - Hearing on Motion to Sell Marshall Street real estate.

1/22/16 - Claims Bar date.

1/25/16 - Closing on sale of Marshall Street real estate pending outcome of request for zoning variance. Zoning hearing continued due to weather conditions.

2/3/16 - Email to J. Schultz, Esq. (purchaser for 33 E Marshall St. property) forwarding a Power of Attorney to represent the Trustee at the hearing regarding the request for special exception before the Norristown Zoning Board.

2/23/16 - Zoning hearing continued to this date.

3/15/16 - Hearing on Motion for Relief from Stay continued to this date.

3/23/16 - Trustee spoke with J. Schultz, Esq. He will submit the U & O application on Monday, March 28, 2016. Utilities need to be turned on for inspection by Norristown Borough.

4/25/16 - Checks received from Debtor representing liquidation of M&T Bank account and account at First National Bank.

4/26/16 - Executed deed, HUD-1, and other closing documents forwarded to M. Butterworth via express mail for closing on Marshall Street property to be held on 4/27/16.

5/3/16 - Report of Sale filed for sale of 33 East Marshall St., Norristown, PA.

5/3/16 - Letter to G. Dixon (accountant) forwarding documents and requesting quote for tax return preparation.

5/16/16 - Application to employ Miller Dixon Drake, PC as accountant filed by Trustee.

5/24/16 - Order approving appointment of Miller Dixon Drake as accountant for trustee.

5/25/16 - Email to G. Dixon (accountant) forwarding order and requesting commencement of tax return preparation.

6/22/16 - All tax returns forwarded to taxing authorities.

6/22/16 - Fee application of accountant filed by Trustee.

7/19/16 - Order approving fee application of accountant.

7/20/16 - Check for payment of accountant fees forwarded to Miller Dixon Drake, PC.

8/21/16 - Deadline for taxing authorities to respond regarding tax due.

7/19/16 - Letter from IRS stating that the tax return was not selected for examination under the prompt audit procedures.

8/25/16 - Letter to PA Dept. of Revenue request lien certificate.

9/6/16 - Lien Certificate received from PA Dept. of Revenue.

9/6/16 - Email to title company forwarding lien certificate and requesting release of escrowed funds from sale of Skippack Pike property.

9/14/16 - Check received in the amount of $13,800.00 for release of escrowed funds from sale of Skippack regarding lien certification from PA Revenue.

9/14/16 - Affidavit of Chapter 7 Trustee forwarded to Bank requesting exemption of bank fee for escrowed funds.

9/27/16 - Check to Firstrust Bank forwarded to P. Meltzer, Esq. regarding release of escrowed funds from sale of Skippack Pike property.

1/25/17 - Trustee spoke with with realtor regarding possible sale of Harrisburg properties.

1/27/17 - Trustee received purchase proposal for Harrisburg properties.

2/3/17 - Trustee's email to A. Mirarchi (realtor) regarding lender's counteroffer of $265,000.

2/14/17 - Application to employ RMA as realtor filed by Trustee.

2/22/17 - Order approving appointment of RMA as real estate broker for trustee.

3/28/17 - Letter to IRS requesting waiver of tax penalty.

4/3/17 - Motion to sell Harrisburg properties filed by Trustee.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-02681   **Trustee:** (580580)   Markian R Slobodian
**Case Name:** PLM REAL ESTATE INVESTMENTS, INC.   **Filed (f) or Converted (c):** 06/24/15 (f)
  **§341(a) Meeting Date:** 07/28/15
**Period Ending:** 08/15/18   **Claims Bar Date:** 01/22/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/4/17 - Notice of sale served on all creditors.

4/25/17 - Objection deadline regarding motion to sell Harrisburg properties.

4/26/17 - Letter from IRS stating they need an additional 45 days to respond to Trustee's letter requesting waiver of tax penalty.

4/28/17 - Affidavit of Realtor Regarding Good faith purchaser filed by Trustee.

5/2/17 - Order approving sale of Harrisburg properties.

5/2/17 - Email to realtor forwarding Order approving sale and requesting that closing be scheduled.

5/4/17 - Hearing on motion to sell Harrisburg properties.

6/2/17 - Settlement held regarding sale of Harrisburg properties.

7/24/17 - Report of Sale filed regarding sale of Harrisburg properties.

7/24/17 - Letter to G. Dixon, CPA, requesting quote for preparation of 2017 tax returns.

8/8/17 - Application to employ Miller Dixon Drake, PC as accountant to prepare 2017 tax returns filed by trustee.

8/16/17 - Order approving appointment of Miller Dixon Drake, PC as accountant for trustee.

8/18/17 - Email to G. Dixon, CPA, forwarding order and requesting commencement of tax return preparation.

9/6/17 - Tax returns forwarded to taxing authorities and K-1's forwarded to principals.

9/6/17 - Application to pay accountant filed by Trustee.

9/27/17 - Objection deadline regarding application to pay accountant.

10/5/17 - Order approving application to pay accountant.

10/11/17 - Check forwarded to Miller Dixon Drake, PC for payment of tax return preparation.

11/30/17 - Deadline for response from taxing authorities.

1/17/18 - Case ready for TFR.

3/6/18 - Objections to Claim 8 of Anthony Costello, Claim 9 of Aurora Costello and Claim 10 of Louise C. Bentivegna filed by Trustee.

3/19/18 - Amended claim #10 filed by Chapter 7 Trustee for Louise C. Bentivegna.

4/5/18 - Answer deadline regarding claim objections.

4/10/18 - Orders entered sustaining objections to Claim #8 of Anthony Costello and Claim #9 of Aurora Costello.

4/25/18 - TFR forwarded to US Trustee's office for review.

4/25/18 - Final fee application of Trustee's counsel filed by Trustee.

5/25/18 - Notice of Amended TFR served on all creditors.

6/15/18 - Objection deadline regarding proposed distribution to creditors.

6/20/18 - Distribution Order.

6/21/18 - Distributions made to creditors.

7/5/18 - Stopped payment on distribution checks dated June 21, 2018 and reissued new checks to creditors.

**Initial Projected Date Of Final Report (TFR):**  April 1, 2016       **Current Projected Date Of Final Report (TFR):**  April 19, 2018  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 15-02681 | **Trustee:** | Markian R Slobodian (580580) | |
| **Case Name:** | PLM REAL ESTATE INVESTMENTS, INC. | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******3866 - Checking Account | |
| **Taxpayer ID #:** | **-***9657 | **Blanket Bond:** | $8,132,694.00 (per case limit) | |
| **Period Ending:** | 08/15/18 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/01/15 | | Greater Montgomery Settlement Services, LLC | Sale Proceeds - Skippack Pike | | | 5,000.00 | | 5,000.00 |
| | {5} | Bradford Group Properties, LLC | Gross Sale Proceeds | 302,000.00 | 1110-000 | | | 5,000.00 |
| | | Firstrust Bank | Payment to First Mortgagee | -242,624.14 | 4110-000 | | | 5,000.00 |
| | | Re/Max Action Realty | Realtor Commission | -18,120.00 | 3510-000 | | | 5,000.00 |
| | | Patricia Gramm, Tax Collector | Current Taxes | -7,021.24 | 2820-000 | | | 5,000.00 |
| | | Montgomery County Tax Claim Bureau | 2014 RE Taxes | -8,829.66 | 4700-000 | | | 5,000.00 |
| | | North Penn Water Authority | Current Municipal | -129.26 | 2820-000 | | | 5,000.00 |
| | {5} | | Escrow by Mortgagee for Corp. Lien Certification | -13,800.00 | 1110-000 | | | 5,000.00 |
| | {5} | Law Offices of Markian R Slobodian | Filing and Service Fees - Motion to Sell | -199.70 | 1110-000 | | | 5,000.00 |
| | {5} | | Trustee Escrow for Tax Return Preparation | -6,000.00 | 1110-000 | | | 5,000.00 |
| | | | Misc. Costs of Sale | -276.00 | 2500-000 | | | 5,000.00 |
| 12/01/15 | {5} | Greater Montgomery Settlement Services, LLC | Filing and Service Fees - Motion to Sell | | 1110-000 | 199.70 | | 5,199.70 |
| 12/21/15 | 101 | Ted Piotrowicz | 1/2 Fee of Variance Request, Marshall St. | | 2500-000 | | 650.00 | 4,549.70 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,539.70 |
| 01/11/16 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2016 FOR CASE #15-02681, Bond #016026361 | | 2300-000 | | 4.26 | 4,535.44 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,525.44 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,515.44 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,505.44 |
| 04/26/16 | {9} | M&T Bank | Liquidation of Bank Account | | 1229-000 | 625.00 | | 5,130.44 |
| 04/26/16 | {8} | First National Bank | Liquidation of Bank Account | | 1229-000 | 1,930.96 | | 7,061.40 |
| 04/28/16 | | Sage Premier Settlements | Sale Proceeds - 33 East Marshall St. | | | 3,000.00 | | 10,061.40 |
| | {4} | Hopewell Haus, LLC | Gross Sale Proceeds | 55,000.00 | 1110-000 | | | 10,061.40 |
| | | Firstrust Bank | Payment to 1st Mortgagee | -38,004.32 | 4110-000 | | | 10,061.40 |
| | | ReMax and Long & Foster | Real Estate Commission | -3,300.00 | 3510-000 | | | 10,061.40 |
| | | | Misc. Costs of Sale | -684.00 | 2500-000 | | | 10,061.40 |
| | | Jeff Overberger | Plumbing Repair | -300.00 | 2420-000 | | | 10,061.40 |
| | | ReMax | Certifications and Zoning | -865.00 | 3520-000 | | | 10,061.40 |
| | {4} | Markian R. Slobodian, Trustee | Sale Fees and Zoning | -883.73 | 1110-000 | | | 10,061.40 |

Subtotals : $10,755.66 $694.26

{} Asset reference(s) Printed: 08/15/2018 11:13 AM V.14.14

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-02681  
**Case Name:** PLM REAL ESTATE INVESTMENTS, INC.  
**Taxpayer ID #:** **-***9657  
**Period Ending:** 08/15/18

**Trustee:** Markian R Slobodian (580580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Fee | | | | | |
| | | | Delinquent RE Taxes & Municipal | -7,853.11 | 4700-000 | | | 10,061.40 |
| | | | Current RE Taxes and Municipal | -109.84 | 2820-000 | | | 10,061.40 |
| 04/28/16 | {4} | Sage Premier Settlements | Filing and Service Fees, Zoning Fee - Motion to Sell 33 East Marshall St. | | 1110-000 | 883.73 | | 10,945.13 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 10,935.13 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.60 | 10,920.53 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.23 | 10,903.30 |
| 07/20/16 | | From Account #******3867 | Transfer to Pay Accountant Fees | | 9999-000 | 6,000.00 | | 16,903.30 |
| 07/20/16 | 103 | Miller Dixon Drake, PC | Invoice No. G4156 | | 3410-000 | | 6,000.00 | 10,903.30 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.00 | 10,881.30 |
| 08/24/16 | 104 | PA Department of Revenue | Lien Certificate fee | | 2990-000 | | 2.00 | 10,879.30 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.16 | 10,862.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.57 | 10,846.57 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.03 | 10,831.54 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.57 | 10,814.97 |
| 12/28/16 | 105 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/28/2016 FOR CASE #15-02681, Bond # 016026361 | | 2300-000 | | 3.12 | 10,811.85 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.51 | 10,796.34 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.56 | 10,779.78 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.47 | 10,765.31 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.99 | 10,749.32 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.42 | 10,734.90 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.98 | 10,717.92 |
| 06/05/17 | | Professional Settlements of PA LLC | | | | 10,207.07 | | 20,924.99 |
| | {1} | AON, LLC | Gross Sale Proceeds | 75,000.00 | 1110-000 | | | 20,924.99 |
| | {2} | AON, LLC | Gross Sale Proceeds | 115,000.00 | 1110-000 | | | 20,924.99 |
| | {3} | AON, LLC | Gross Sale Proceeds | 75,000.00 | 1110-000 | | | 20,924.99 |
| | | JTS Capital Servicing, LLC | Payoff of Mortgagee | -87,388.93 | 4110-000 | | | 20,924.99 |
| | | Realty Management Assoc., LLC | Real Estate Commission | -15,900.00 | 3510-000 | | | 20,924.99 |
| | | | Municipal Liens | -46,380.74 | 4700-000 | | | 20,924.99 |
| | | | Delinquent Real Estate Taxes | -93,212.73 | 4700-000 | | | 20,924.99 |
| | | | Current Real Estate | -5,468.29 | 2820-000 | | | 20,924.99 |

Subtotals :    $17,090.80    $6,227.21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-02681  
**Case Name:** PLM REAL ESTATE INVESTMENTS, INC.  
**Taxpayer ID #:** **-***9657  
**Period Ending:** 08/15/18

**Trustee:** Markian R Slobodian (580580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Taxes | | | | |
| | | | Current Municipal   -5,213.24 | 2820-000 | | | 20,924.99 |
| | | | Misc. Costs of Sale   -1,229.00 | 2500-000 | | | 20,924.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.67 | 20,898.32 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.05 | 20,869.27 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.01 | 20,836.26 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.96 | 20,807.30 |
| 10/11/17 | 106 | Miller Dixon Drake, PC | Invoice No. G4582 | 3410-000 | | 1,500.00 | 19,307.30 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.98 | 19,276.32 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.72 | 19,248.60 |
| 12/27/17 | 107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/27/2017 FOR CASE #15-02681, Bond #016026361 | 2300-000 | | 5.42 | 19,243.18 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.76 | 19,216.42 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.40 | 19,186.02 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.75 | 19,160.27 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.55 | 19,132.72 |
| 06/21/18 | 108 | Law Offices of Markian R. Slobodian | Dividend paid 100.00% on $977.11, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 977.11 | 18,155.61 |
| 06/21/18 | 109 | Markian R Slobodian | Dividend paid 100.00% on $5,524.50, Trustee Compensation; Reference: | 2100-000 | | 5,524.50 | 12,631.11 |
| 06/21/18 | 110 | Markian R Slobodian | Dividend paid 100.00% on $78.40, Trustee Expenses; Reference: | 2200-000 | | 78.40 | 12,552.71 |
| 06/21/18 | 111 | Law Offices of Markian R. Slobodian | Dividend paid 100.00% on $10,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,000.00 | 2,552.71 |
| 06/21/18 | 112 | UGI | Dividend paid 3.89% on $703.97; Claim# 7; Filed: $703.97; Reference: Stopped on 07/05/18 | 7100-000 | | 27.42 | 2,525.29 |
| 06/21/18 | 113 | Anthony Costello | Dividend paid 3.89% on $300.00; Claim# 8; Filed: $300.00; Reference: Stopped on 07/05/18 | 7100-000 | | 11.68 | 2,513.61 |
| 06/21/18 | 114 | Aurora Costello | Dividend paid 3.89% on $43,764.30; Claim# 9-2; Filed: $43,764.30; Reference: Stopped on 07/05/18 | 7100-000 | | 1,703.83 | 809.78 |
| 06/21/18 | 115 | Christine C. Shubert, Chapter 7 Trustee | Dividend paid 3.89% on $20,800.00; Claim# 10U; Filed: $20,800.00; Reference: | 7100-000 | | 809.78 | 0.00 |

Subtotals :  $0.00    $20,924.99

{} Asset reference(s)                                                                                                   Printed: 08/15/2018 11:13 AM    V. 14.14

Case 1:15-bk-02681-HWV    Doc 111    Filed 09/13/18    Entered 09/13/18 09:58:53    Desc
Main Document    Page 13 of 16

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-02681  
**Case Name:** PLM REAL ESTATE INVESTMENTS, INC.  
**Taxpayer ID #:** **-***9657  
**Period Ending:** 08/15/18

**Trustee:** Markian R Slobodian (580580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 07/05/18 | | | | |
| 07/05/18 | 112 | UGI | Dividend paid 3.89% on $703.97; Claim# 7; Filed: $703.97; Reference:<br>Stopped: check issued on 06/21/18 | 7100-000 | | -27.42 | 27.42 |
| 07/05/18 | 113 | Anthony Costello | Dividend paid 3.89% on $300.00; Claim# 8; Filed: $300.00; Reference:<br>Stopped: check issued on 06/21/18 | 7100-000 | | -11.68 | 39.10 |
| 07/05/18 | 114 | Aurora Costello | Dividend paid 3.89% on $43,764.30; Claim# 9-2; Filed: $43,764.30; Reference:<br>Stopped: check issued on 06/21/18 | 7100-000 | | -1,703.83 | 1,742.93 |
| 07/05/18 | 115 | Christine C. Shubert, Chapter 7 Trustee | Dividend paid 3.89% on $20,800.00; Claim# 10U; Filed: $20,800.00; Reference:<br>Stopped: check issued on 06/21/18 | 7100-000 | | -809.78 | 2,552.71 |
| 07/05/18 | 116 | Anthony Costello | Dividend paid 3.89% on $300.00; Claim# 8; Filed: $300.00; Reference: | 7100-000 | | 11.68 | 2,541.03 |
| 07/05/18 | 117 | Aurora Costello | Dividend paid 3.89% on $43,764.30; Claim# 9-2; Filed: $43,764.30; Reference: | 7100-000 | | 1,703.83 | 837.20 |
| 07/05/18 | 118 | Christine C. Shubert, Chapter 7 Trustee | Dividend paid 3.89% on $20,800.00; Claim# 10U; Filed: $20,800.00; Reference: | 7100-000 | | 809.78 | 27.42 |
| 07/05/18 | 119 | UGI | Dividend paid 3.89% on $703.97; Claim# 7; Filed: $703.97; Reference: | 7100-000 | | 27.42 | 0.00 |
| | | | ACCOUNT TOTALS | | 27,846.46 | 27,846.46 | $0.00 |
| | | | Less: Bank Transfers | | 6,000.00 | 0.00 | |
| | | | **Subtotal** | | 21,846.46 | 27,846.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $21,846.46 | $27,846.46 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-02681 | | Trustee: | Markian R Slobodian (580580) |
|---|---|---|---|---|
| Case Name: | PLM REAL ESTATE INVESTMENTS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3867 - Checking Account |
| Taxpayer ID #: | **-***9657 | | Blanket Bond: | $8,132,694.00 (per case limit) |
| Period Ending: | 08/15/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/15 | {5} | Greater Montgomery Settlement Services, LLC | Proceeds Escrowed for Preparation of Income Tax Returns | 1110-000 | 6,000.00 | | 6,000.00 |
| 07/20/16 | | To Account #******3866 | Transfer to Pay Accountant Fees | 9999-000 | | 6,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,000.00 | |
| | | | Subtotal | | 6,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,000.00 | $0.00 | |

{} Asset reference(s)
Printed: 08/15/2018 11:13 AM    V.14.14

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 15-02681 | | **Trustee:** | Markian R Slobodian (580580) |
|---|---|---|---|---|
| **Case Name:** | PLM REAL ESTATE INVESTMENTS, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3868 - Checking Account |
| **Taxpayer ID #:** | **-***9657 | | **Blanket Bond:** | $8,132,694.00 (per case limit) |
| **Period Ending:** | 08/15/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/16 | {5} | Title Alliance Ltd. | Escrow Release - PA Revenue Clear Corp. Lien Certification | 1110-000 | 13,800.00 | | 13,800.00 |
| 09/27/16 | 101 | Firstrust Bank | Release of Escrowed Funds | 4110-000 | | 13,800.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,800.00 | 13,800.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,800.00 | 13,800.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,800.00** | **$13,800.00** | |

| | | |
|---|---|---|
| Net Receipts : | 41,646.46 | |
| Plus Gross Adjustments : | 582,909.50 | |
| Net Estate : | $624,555.96 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3866** | 21,846.46 | 27,846.46 | 0.00 |
| **Checking # ******3867** | 6,000.00 | 0.00 | 0.00 |
| **Checking # ******3868** | 13,800.00 | 13,800.00 | 0.00 |
| | **$41,646.46** | **$41,646.46** | **$0.00** |

{} Asset reference(s)     Printed: 09/15/2018 11:13 AM    V.14.14